

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2022

The Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    **United States v. Omar Rojas-Echevarria,**
              S10 19 Cr. 91 (DLC)

Dear Judge Parker:

      The above-referenced charging instrument—Indictment S10 19 Cr. 91 (DLC)—charging defendant Omar Rojas-Echevarria was filed under seal on September 22, 2020. The defendant's extradition from Colombia, where he was arrested pursuant to an arrest warrant and arrest request in this case, was recently finalized and he arrived in our district last night, April 28, 2022. Judge Cote has referred the defendant's presentment and arraignment. Accordingly, the Government respectfully requests that Indictment S10 19 Cr. 91 (DLC) be unsealed.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

By:    /s/
        Sam Adelsberg
        Matthew Hellman
        David Robles
        Assistant United States Attorneys
        (212) 637-2494 / 2278 / 2550

**SO ORDERED:**

*/s/ Katharine H. Parker*

HONORABLE KATHARINE H. PARKER
United States Magistrate Judge
Southern District of New York

4/29/2022