```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
 UNITED STATES OF AMERICA,                :
                                          :
              -v-                         :    S10 19cr91-9 (DLC)
                                          :
 OMAR ROJAS-ECHEVARRIA,                   :           ORDER
                                          :
                    Defendant.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an initial conference is scheduled to be held in person in Courtroom 18B, 500 Pearl Street, on **May 12, 2022 at 2:30 PM.**  In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here:**

> https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public Media v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing at all times possible in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses.  Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

SO ORDERED:

Dated:    New York, New York
          May 3, 2022

                                            _____
                                                   DENISE COTE
                                            United States District Judge