```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
                -v-                      :    S10 19cr91-9 (DLC)
                                         :
 OMAR ROJAS-ECHEVARRIA,                  :         ORDER
                                         :
                         Defendant.      :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that an initial conference is scheduled to be held in person in Courtroom 18B, 500 Pearl Street, on **May 27, 2022 at 2:00 PM.** In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. **To gain entry to 500 Pearl Street, follow the instructions provided here**:

> https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing at all times possible in the courthouse. Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses. Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. § 3161(h)(7)(A), the time from today until May 27, 2022 is excluded for the reasons explained in the Government's letter of May 15, 2022. This exclusion is in the interest of justice and outweighs the best interest of the public and defendant in a speedy trial.

SO ORDERED:

Dated: New York, New York
May 16, 2022

_____
DENISE COTE
United States District Judge