UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
            -v-                         :    S10 19cr91-9 (DLC)
                                        :
OMAR ROJAS-ECHEVARRIA,                  :         ORDER
                                        :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    As the case that presented a trial conflict for defense counsel has been resolved, it is hereby

    ORDERED that the trial in this case is scheduled to begin on October 24, 2022.

    SO ORDERED:

Dated:   New York, New York
         June 17, 2022

                                    _____
                                              DENISE COTE
                                    United States District Judge