```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
UNITED STATES OF AMERICA,                 :
                                          :
                -v-                       :    S10 19cr91-9 (DLC)
                                          :
OMAR ROJAS-ECHEVARRIA,                    :         ORDER
                                          :
                        Defendant.        :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the change of plea scheduled for October 20 is adjourned to October 27, 2022 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         October 19, 2022

                                    _____
                                              DENISE COTE
                                      United States District Judge